## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-81115-CIV-HURLEY/HOPKINS

**UNITED STATES OF AMERICA,**

     **Plaintiffs,**

**v.**

**SHERYL L. LAVENDAR,**

     **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE
### JUDGE AND GRANTING PLAINTIFF'S MOTION TO COMPEL

     **THIS CAUSE** is before the court upon plaintiff's motion to compel discovery and to compel defendant to attend deposition in aid of execution [DE # 4], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant plaintiff's motion [DE # 18]. No objections were filed to the Magistrate Judge's report.

     Having carefully reviewed the Magistrate Judge's report and recommendation as to plainitff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

     Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 18] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

    2.    Plaintiff's motion to compel discovery and to compel defendant to attend deposition

Order Adopting R & R of Magistrate Judge
United States of America v. Lavendar
Case No. 05-81115-CIV-HURLEY/HOPKINS

in aid of execution [DE # 4] is **GRANTED**.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16th day of November,

2009.

                                      Daniel T. K. Hurley
                                  United States District Judge

*Copies provided to counsel of record*

For updated court information, visit unofficial Web site
at http://www.judgehurley.com